**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KATIE F. LAPP,<br>Plaintiff<br><br>v.<br><br>GEORGE NYE, et al.,<br>Defendants | NO. 1:23-CV-419<br><br>HON. SYLVIA H. RAMBO<br><br>ELECTRONICALLY FILED<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURTS:

Kindly enter the appearance of Matthew R. Clayberger, Esquire, and the law firm of Thomas, Thomas & Hafer, LLP, on behalf of Defendants George Nye, Timothy Burns, Shawn McCabe, Mark Horrax, John Weber, and Ethan Whitmire in the above-captioned matter.

Respectfully submitted,

THOMAS, THOMAS & HAFER, LLP

Date: 3/31/23

By: */s/ Matthew R. Clayberger*
Matthew R. Clayberger, Esquire
PA Attorney No. 316102
PO Box 1275
Camp Hill, PA 17001
(717) 237-7150
mclayberger@tthlaw.com
*Attorneys for Defendants George Nye, Timothy Burns, Shawn McCabe, Mark Horrax, John Weber & Ethan Whitmire*

# CERTIFICATE OF SERVICE

AND NOW, this 31st day of March 2023, I, April L. Casper, of the law firm of Thomas, Thomas & Hafer, LLP, hereby certify that a true and correct copy of the foregoing document(s) was served upon the following:

**VIA REGULAR MAIL:**

**SPECIAL MAIL-OPEN ONLY IN PRESENCE OF INMATE**

Katie F. Lapp, #032945
Columbia County Prison
721 Iron Street
Bloomsburg PA 17815

*/s/ April L. Casper*__________
April L. Casper